No. 12–5807.  CHERER *v.* FRAZIER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5809.  KENDRICK *v.* CAVANAUGH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–5811.  ZAJRAEL *v.* HARMON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 12–5814.  WRIGHT *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 12–5822.  KRAMER *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 12–5823.  KARTIGANER *v.* HENDERSON.  C. A. 9th Cir.  Certiorari denied.

No. 12–5826.  JOHNSON *v.* LEA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5828.  JOHNSON *v.* CALIFORNIA (two judgments).  Sup. Ct. Cal.  Certiorari denied.

No. 12–5829.  SHALLOWHORN *v.* STRIBLING, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5833.  CREAMER *v.* SMITH COUNTY SHERIFF'S DEPARTMENT.  C. A. 10th Cir.  Certiorari denied.

No. 12–5852.  LEO *v.* GARMIN INTERNATIONAL, INC.  C. A. 10th Cir.  Certiorari denied.

No. 12–5857.  STEPHENS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–5874.  GARCIA *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 12–5887.  MOSLEY *v.* MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 12–5891.  BARRAGAN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.